JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EDWAR CARPIO<br><br>    Plaintiff,<br>vs.<br>UNITED STATES OF AMERICA<br><br>    Defendant.<br>UNITED STATES OF AMERICA,<br><br>    Counter-claimant,<br>vs.<br>EDWAR CARPIO,<br><br>    Counter-defendant, | CV 15-09462 DSF (JCx)<br><br>ORDER ACCEPTING THE PARTIES STIPULATION FOR COMPROMISE SETTLEMENT PURSUANT TO<br>28 U.S.C. §2677 AND DISMISSAL WITH PREJUDICE<br><br>The Honorable Dale S. Fischer |

The Stipulation for Compromise Settlement and Release filed by the parties hereto is accepted by the Court. This case is dismissed with prejudice with each party to bear its own fees, costs, and expenses.

DATE: _5/8/17

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE